FILED

MAR - 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0583-WQH |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | |
| CLARENCE JAMES SMITH, | ) | Title 18, U.S.C., Sec. 1001 – False Statement to a Federal Officer (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about May 21, 2007, within the Southern District of California, defendant CLARENCE JAMES SMITH, in a matter within the jurisdiction of the United States, to wit: the Department of Veterans Affairs, a department and agency of the United States, did knowingly and willfully make a false, fictitious and fraudulent statement and representation as to a material fact in that he did represent and state to Special Agent R. Staples that Rochelle Smith lived at St. Stephen's on Imperial Avenue in San Diego, whereas in truth and fact, as defendant then and there well

knew, that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: March 6, 2008

KAREN P. HEWITT
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney