FILED
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0583-WQH |
| Plaintiff, | |
| v. | WAIVER OF INDICTMENT |
| CLARENCE JAMES SMITH, | |
| Defendant. | |

I, **CLARENCE JAMES SMITH**, the above named defendant, who is accused of **False Statements to a Federal Officer — 18 U.S.C. 1001** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **March 6, 2008** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
CLARENCE JAMES SMITH

_____
MATHEW SPIEGEL
Counsel for Defendant

Before _____
Hon. CATHY A. BENCIVENGO
U.S. Magistrate Judge